## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

GEORGE PAZOS,                                )
                                             )
                    Plaintiff,               )
                                             )
          v.                                 )          Civil Number: 22-CV-00042-ABJ
                                             )
TUNGSTEN HEAVY POWDER, INC., *et al.,*       )
                                             )
                    Defendants.              )

---

## JOINT NOTICE OF SETTLEMENT

---

**COME NOW** Plaintiff George Pazos and Defendants Tungsten Heavy Powder, Tungsten Parts Wyoming, Joseph Serov, Russell Lewis, and John-Patrick Batache, by and through counsel, and hereby notify the Court that the parties have entered into a settlement agreement to resolve this case in its entirety. The parties expect the settlement to be finalized on or about April 15, 2024 and intend to file a request for dismissal with prejudice of this action in its entirety within five (5) business days thereafter.

Respectfully submitted,


 */s/ Nicolas O. Jimenez*          March 6, 2024
Nicolas O. Jimenez, CA Bar No. 295057          Date
McKenzie Scott, PC
1350 Columbia St., Suite 600
San Diego, CA 92101
Phone: (619) 794-0451
njimenez@mckenziescott.com

Attorney for Plaintiff


 */s/ Stephenson D. Emery*          March 6, 2024
Stephenson D. Emery, WSB #5-2321          Date
159 N. Wolcott Street, Suite 400

P.O. Box 10700 (82602
Casper, WY 82601
Phone: (307) 265-0700
Fax:    (307) 266-2306
semery@wpdn.net

Attorney for Defendants


 _/s/ Thomas A. Thompson____                    March 6, 2024_____
Thomas A. Thompson, WSB #6-2640                Date
Litigation Counsel
Local Government Liability Pool
6844 Yellowtail Road
Cheyenne, WY 82009
tthompson@lglp.net

Attorney for Defendants


## **CERTIFICATE OF SERVICE**

I certify I served the foregoing on the following via CM-ECF and electronic mail on this 6th day of March, 2024:

Jason M. Tangeman, WSB #6-3082
Nicholas & Tangeman, LLC
P.O. Box 928
Laramie, WY 82073
Phone: (307) 742-7140
Fax:    (307) 7427160
jtangeman@wyolegal.com

Stephenson D. Emery, WSB #5-2321
159 N. Wolcott Street, Suite 400
P.O. Box 10700 (82602
Casper, WY 82601
Phone: (307) 265-0700
Fax:    (307) 266-2306
semery@wpdn.net

Thomas A. Thompson, WSB #6-2640
Litigation Counsel
Local Government Liability Pool
6844 Yellowtail Road

Cheyenne, WY 82009
tthompson@lglp.net

_/s/Nicolas O. Jimenez_
Nicolas O. Jimenez, CA Bar. 295057