FILED

*3:17 pm, 4/19/24*

**Margaret Botkins
Clerk of Court**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

GEORGE PAZOS )
)
Plaintiff, )
)
vs. ) Case Number: 22-CV-00042-ABJ
)
TUNGSTEN HEAVY POWDER, INC., dba )
TUNGSTEN HEAVY POWDER AND PARTS )
INC., TUNGSTEN PARTS WYOMING, INC., )
RUSSELL LEWIS, JOSEPH SEROV aka )
JOSEPH SERY, RUSSELL LEWIS, )
JOHN-PATRICK BATACHE, )
)
Defendants. )

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the parties' *Stipulation to Voluntary Dismissal with Prejudice*, all with prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that the aforesaid defendants are dismissed with prejudice, each party to bear its own attorneys' fees and costs. The Clerk of Court shall mark this case closed.

DATED this 19th day of April, 2024.

BY THE COURT:

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE